IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JANITA ROBRAN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 2:13-cv-00475 |
| | § |
| GENESIS HOMECARE, INC., | § |
| | § |
| Defendant. | § |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be considered the Joint Motion to Dismiss with Prejudice filed by JANITA ROBRAN, Plaintiff, and GENESIS HOMECARE, INC., Defendant (collectively the "Parties") (Dkt. No. 22) and the Court having now reviewed said motion finds that it is well taken and should be granted. It is, therefore,

ORDERED that the above entitled action is hereby DISMISSED with prejudice to the refiling of same with the Parties to bear their own costs, expenses, and attorney fees.

**So Ordered and Signed on this**

**Nov 25, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE